# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION NO.** |
| vs. | ) |
| | ) **2:21-CV-00488-MHH** |
| **EPAC INVESTMENTS, LLC** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(i), Plaintiff Mary Ann Parker hereby stipulates that this action be dismissed with prejudice.

Respectfully submitted this 1st day of July, 2021.

_____
John Allen Fulmer, II
Attorney for Plaintiff Mary Ann Parker

**OF COUNSEL:**
**FULMER LAW FIRM, P.C.**
2330 Highland Avenue
Birmingham, AL 35205
Telephone: 205-703-4892
jaf@fulmerschudmak.com