# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY ANN PARKER,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | Case No.: 2:21-cv-00488-MHH |
| | } | |
| **EPAC INVESTMENTS, LLC,** | } | |
| | } | |
| Defendant. | } | |

## ORDER

Plaintiff has filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 11).  The defendant has not filed an answer or a motion for summary judgment.  Although plaintiff's notice is self-executing, the Court enters this Order to ask the Clerk to please close the file.

**DONE** and **ORDERED** this July 2, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE